## AFFIDAVIT OF SERVICE

### USDC/FOR THE WESTERN DISTRICT OF TEXAS

ALEXANDER BAYONNE STROSS, an individual

       Plaintiff(s)

     v.

VICKY LYNN, an individual, et al.

       Defendant(s)

Case No.:1:19-cv-01022-LY
John Tehranian,Esq  Bar No.211616
ONE, LLP
4000 MacArthur Blvd East Tower Suite 500
Newport Beach, CA 92660
(949) 502-2870
*Attorneys for the Plaintiff*

Client File# Stross v. Lynn

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 11/21/2019 at 2:21 PM at the address of 6443 SW Beaverton Hillsdale Hwy Ste 100, Portland, within Multnomah County, OR, the undersigned duly served the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT AND FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; EMAIL FROM CHRISTOPHER JAMES REGARDING ADDRESSES (OCTOBER 18, 2019 AT 3:39PM); EMAIL REGARDING CASE ASSIGNMENT TO JUDGE LEE YEAKEL (OCTOBER 18, 2019 AT 3:39PM); EMAIL REGARDING CASE ASSIGNMENT TO MAGISTRATE JUDGE LANE (OCTOBER 18, 2019 AT 3:40PM); REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT in the above entitled action upon VICKY LYNN, an individual, by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Meredith Kane, Receptionist, a person of suitable age and discretion, who is an employee therein.

The undersigned thereafter caused 1 true and correct set(s) of the above stated documents to be mailed by first class mail, postage prepaid, from within Multnomah County, to VICKY LYNN, an individual at 6443 SW Beaverton Hillsdale Hwy Ste 100, Portland 97221-4208 on 11/22/2019.

Physical description of person served: Gender: Female | Race: Caucasian | Age: 25 | Height: 5'5" | Weight: Heavy set | Hair: Blonde

I declare under penalty of perjury under the laws of the state of  that the foregoing is true and correct.

That the fee for this Service is  $ 218.85

_Shannon Byars_  11/25/2019

Shannon Byars
County:  Washington
Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400

Order #:OC15713
Their File Stross v. Lynn

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| ALEXANDER BAYONNE STROSS, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:19cv1022 LY |
| VICKY LYNN, an individual; MOXIWORKS, LLC fka WINDERMERE SOLUTIONS, LLC, a Washington limited liability company; and DOES 1-10, inclusive, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    VICKY LYNN, an individual
    Windermere Real Estate
    6443 SW Beaverton-Hillsdale Hwy., Ste. 100
    Portland, OR 97221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    JohnTehranian; Jenny S. Kim
    ONE LLP
    4000 MacArthur Blvd., East Tower, Suite 500
    Newport Beach, CA  92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Jeannette J. Clack**

*CLERK OF COURT*

Date: __O c t o b e r   2 1 ,   2 0 1 9__        _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: