IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 DEC 27 PM 12: 24
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, INDIVIDUALLY, <br>     PLAINTIFF, <br><br> V. <br><br> VICKY LYNN, AN INDIVIDUAL; MOXIWORKS, LLC F/K/A WINDERMERE SOLUTIONS, LLC; AND DOES 1-10, INCLUSIVE, <br>     DEFENDANTS. | § § § § § § § § § § § § § | CAUSE NO. 1:19-CV-1022-LY |

## ORDER

Before the court in the above-styled and numbered cause is Plaintiff Alexander Bayonne Stross's Request for Judicial Notice in Support of Plaintiff Alexander Bayonne Stross's Opposition to Defendant Vicky Lynn's Motion to Dismiss for Lack of Personal Jurisdiction and Service of Process filed December 26, 2019 (Dkt. No. 13). After considering the motion, the court concludes that the request for judicial notice should be granted. Accordingly,

**IT IS ORDERED** that Stross's Request for Judicial Notice in Support of Plaintiff Alexander Bayonne Stross's Opposition to Defendant Vicky Lynn's Motion to Dismiss for Lack of Personal Jurisdiction and Service of Process filed December 26, 2019 (Dkt. No. 13) is **GRANTED.** The court takes judicial notice of the fact that the Llano River runs through central Texas and drains in Texas Hill Country.

SIGNED this 27th day of December, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE