UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> VICKY LYNN, an individual; MOXIWORKS, LLC fka WINDERMERE SOLUTIONS, LLC, a Washington limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.  1:19cv1022 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS

Plaintiff Alexander Bayonne Stross ("Plaintiff") hereby objects to the arguments and evidence raised in the Reply brief (Dkt. No. 15), submitted by Defendant Vicky Lynn ("Defendant") in support of her motion to dismiss, to the extent the Reply exceeds the five-page limit proscribed by the Local Rules.

This Court's Local Rules provide that, unless leave of the Court is first obtained, reply briefs in support of non-dispositive motions are limited to five (5) pages. Local Rule CV-7(f)(3) ("Unless otherwise authorized by the court, a reply in support of a dispositive motion is limited to 10 pages and a reply in support of a

1

nondispositive motion is limited to 5 pages."). Defendant disregarded these Rules and filed a Reply brief that was eleven pages long. *See* Dkt. No. 15. Defendant did not seek leave from the Court, or confer on the issue with Plaintiff, prior to filing a brief more than twice the permitted length. Plaintiff, on the other hand, worked diligently to keep his opposition brief within the limits proscribed by the Local Rules.

Accordingly, Plaintiff respectfully requests that the Court disregard the portions of Defendant's Reply brief in excess of the page limit, namely all arguments and evidence following the last paragraph on page 6 of the Reply, beginning with: "Thus, even if the Ninth Circuit's decision in *Mavrix* governed the analysis this Court should undertake here, the case is distinguishable on its facts and should not be followed."

Dated:  January 6, 2020      By: /s/ *Jenny S. Kim*
John Tehranian (CA 211616) *Admitted to USDC-TXWD 09/26/2019*
jtehranian@onellp.com
Jenny S. Kim (TX 24107105) *Admitted to USDC-TXWD 11/13/2019*
jkim@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA  92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff
Alexander Bayonne Stross

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

                                                                */s/ Jenny S. Kim*
                                                                Jenny S. Kim