IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER BAYONNE STROSS, <br> PLAINTIFF, <br><br> V. <br><br> VICKY LYNN, MOXIWORKS, LLC, AND DOES 1-10, <br> DEFENDANTS. | §§§§§§§§§ | CAUSE NO. 1:19-CV-1022-LY |

## ORDER

**IT IS ORDERED** that Defendant Vicky Lynn's Motion to Dismiss for Lack of Jurisdiction filed December 12, 2020 (Dkt. No. 11) and all filings related thereto are **REFERRED** to United States Magistrate Mark Lane for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

SIGNED this __27th__ day of January, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE